**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KENDRA MARTINO,**

    Plaintiff,

v.                                                  Case No.   6:16-cv-1916-Orl-22DCI

**SUN DEVELOPMENT &**
**MANAGEMENT CORPORATION,**

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, KENDRA MARTINO, and Defendant, TITUSVILLE LODGING ASSOCIATES, LLP DBA HOLIDAY INN TITUSVILLE (erroneously served and sued as "SUN DEVELOPMENT & MANAGEMENT CORPORATION d/b/a HOLIDAY INN TITUSVILLE-KENNEDY SPACE CENTER"), by and through their undersigned counsel, and hereby stipulate and agree that all claims against Defendant shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party bearing their own costs and attorneys' fees.

Dated this 5th day of January, 2017.

| | |
|---|---|
| */s/ Luis A. Cabassa* | */s/ Angela M. Duerden* |
| Luis A. Cabassa, Esquire | Angela M. Duerden, Esquire |
| Florida Bar No. | Florida Bar No. 95566 |
| lcabassa@wfclaw.com | Angela.duerden@wilsonelser.com |
| Wenzel Fenton Cabassa, P.A. | Wilson Elser Moskowitz Edelman & Dicker LLP |
| 1110 N. Florida Avenue, Suite 300 | 111 N. Orange Avenue, Suite 1200 |
| Tampa, FL 33602 | Orlando, FL 32801 |
| Telephone:  (813) 224-0431 | Telephone:  (407) 203-7599 |
| Facsimile:  (813) 229-8712 | Facsimile:  (407) 648-1376 |
| Counsel for Plaintiff | Counsel for Defendant |

1

875309v.1

## CERTIFICATE OF SERVICE

I hereby certify that on **January 5, 2017**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this electronic filing to: **LUIS A. CABASSA, ESQUIRE**, (lcabassa@wfclaw.com and twells@wfclaw.com), Wenzel Fenton Cabassa, P.A., 1110 N. Florida Avenue, Suite 300, Tampa, FL 33602.

/s/   Angela M. Duerden
ANGELA M. DUERDEN, ESQUIRE
Florida Bar No. 95566
angela.duerden@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida   32801
407-203-7599 - Phone
407-648-1376 - Facsimile
Attorneys for Defendant
TITUSVILLE LODGING ASSOCIATES, LLP
DBA HOLIDAY INN TITUSVILLE erroneously
served and sued as "SUN DEVELOPMENT &
MANAGEMENT CORPORATION d/b/a
HOLIDAY INN TITUSVILLE-KENNEDY
SPACE CENTER"